**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEC 1 4 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>DECOREY CANTAVIOUS BRADLEY  )<br>)<br>) | CR. NO. __1:05cr286-T__<br>[18 USC 922(g)(1);<br>21 USC 844(a);<br>18 USC 922(g)(3)]<br><br>INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 3rd day of May, 2005, in Dothan, Alabama, within the Middle District of Alabama,

**DECOREY CANTAVIOUS BRADLEY,**

defendant herein, having been convicted on or about the 4th day of May 1999, of Assault 1st Degree, case number CC 1998 1384, in the Circuit Court of Houston County, Alabama, for which he was sentenced to serve five years in the Alabama State Penitentiary, knowingly possessed in and affecting commerce, a Bryco, Model 48, .380 caliber semi-automatic pistol, serial number 864311, all in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about the 3rd day of May, 2005, in Dothan, Alabama, within the Middle District of Alabama,

**DECOREY CANTAVIOUS BRADLEY,**

defendant herein, did knowingly and intentionally possess approximately 26.58 grams of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

## COUNT 3

On or about the 3rd day of May, 2005, in Dothan, Alabama, within the Middle District of Alabama,

DECOREY CANTAVIOUS BRADLEY,

defendant herein, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce, a firearm, to wit: a Bryco, Model 48, .380 caliber semi-automatic pistol, serial number 864311, in violation of Title 18, United States Code, Section 922(g)(3).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Kent B. Brunson
Assistant United States Attorney