**COURTROOM DEPUTY MINUTES**       DATE: 12-21-2005
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 1:48 - 2:05 pm

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE: Delores Boyd | DEPUTY CLERK: Long |
| CASE NO.: 1:05cr286-T | DEFT. NAME: Decorey Cantavious BRADLEY |
| USA: Brunson | ATTY: Petersen |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO  ( ) Stand In ONLY |
| USPTSO/USPO: Thweatt | |

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES   NAME: _____

| | |
|---|---|
| ☑ kars. | Date of Arrest **12-20-05** or ☐ karsr40 |
| ☑ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator |
| ☑ kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☑ | Requests appointed Counsel **☐ ORAL MOTION for Appointment of Counsel** |
| ☐ kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☑ koappted | **ORAL ORDER appointing Community Defender Organization** - Notice to be filed. |
| ☐ k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☐ | Government's WRITTEN Motion for Detention Hrg. filed. |
| ☐ kdmhrg. | **Detention Hearing** ☐ held; ☐ set for _____ |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered |
| ☑ kocondrls. | Release order entered. Deft. advised of conditions of release |
| ☑ kbnd. | ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR) |
| | ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered |
| ☐ kloc.(LC) | Bond NOT executed. Deft to remain in Marshal's custody |
| ☐ | Preliminary Hearing ☐ Set for _____ |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district |
| ☐ kwvprl. | Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. |
| ☐ karr. | ARRAIGNMENT SET FOR: **12-28-05** ☐ HELD. Plea of **NOT GUILTY** entered. |
| | ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____ |
| | DISCOVERY DISCLOSURES DATE: _____ |
| ☐ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel |
| ☐ krmvhrg. | Identity/Removal Hearing set for _____ |
| ☐ kwvspt | Waiver of Speedy Trial Act Rights Executed |