| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 12/28/05 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 10:30 - 10:34 |
| | **COURT REPORTER:** Risa Entrekin |

x **ARRAIGNMENT**   ❐ **CHANGE OF PLEA**   ❐ **CONSENT PLEA**
❐ **RULE 44(c) HEARING**   ❐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 1:05cr286-T   **DEFENDANT NAME:** Decorey Cantavious Bradley
**AUSA:** Karl David Cooke, Jr.   **DEFENDANT ATTORNEY:** Kevin Butler

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? (√)NO; ( )YES   Name:
**DISCOVERY DISCLOSURE DATE:** 1/6/06

---

❐ This is defendant's **FIRST APPEARANCE.**
❐ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*
❐ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
❐ **WAIVER OF INDICTMENT** executed and filed.
❐ **INFORMATION** filed.
❐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   x Not Guilty   ❐ Nol Contendere
❐ Not Guilty by reason of insanity
❐ Guilty as to:
   ❐ Count(s):
   ❐ Count(s):   ❐ dismissed on oral motion of USA
       ❐ to be dismissed at sentencing

❐ Written plea agreement filed   ❐ **ORDERED SEALED**
❐ _____ Days to file pretrial motions   ❐ _____ Trial date or term
❐ **ORAL ORDER ADJUDICATING DEFENDANT GUILTY as to Counts**
❐ **ORDER:** Defendant continued under ❐ same bond; ❐ summons; for:
   ❐ Trial on _____; ❐ Sentencing on _____
❐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ❐ Posting a $_____ bond;
   ❐ Trial on _____; or ❐ Sentencing on _____
❐ Rule 44 Hearing:   ❐ Waiver of Conflict of Interest Form executed
   ❐ Defendant requests time to secure new counsel
x WAIVER of Speedy Trial.   CRIMINAL TERM: 4/24/06   PRETRIAL: 1/20/06