## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

STATE OF ALABAMA

CITY OF DOTHAN, HOUSTON COUNTY

Before me, Judge Rose Gordon the undersigned authority, personally appeared Cpl. Steven Jones of the Dothan Police Department, who being by me first duly sworn, deposes and says he has reason to believe that on the premises of 415 Mona Drive Apt #2, Dothan, Houston County, Alabama or its police jurisdiction, there is now being concealed certain drugs, namely Marijuana, which is illegally kept, used, and/or sold. The following facts tend to establish the foregoing grounds for issuance of a Search Warrant are as follows:

I am Cpl. Steven Jones of the Dothan Police Department's Vice/Intelligence Division. Within the last 24 hours I spoke with a reliable confidential informant that has provided information in the past that has proven to be true and correct. The informant advised that within the last 72 hours Marijuana was seen in the possession of a black male whose name is otherwise unknown to the informant at the above listed residence. I personally checked the City of Dothan Utility files and the utilities for the apartment are in the name of Decorey Bradley.

Affiant shows that based on the above and forgoing facts and information, Affiant has probable cause to believe that the above-described property is concealed upon the aforesaid premises and is subject to seizure and makes this affidavit so that a warrant may issue to search the said premises.

Sworn to and Subscribed before
me this 3rd day of May 2005.

_____
Signature of Affiant

_____
Judge

# SEARCH WARRANT

STATE OF ALABAMA

CITY OF DOTHAN, HOUSTON COUNTY

TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:

Affidavit in support of application for a search warrant having been made before me, and the Court's finding that grounds for the issuance exist or that there is probable cause to believe that they exist, pursuant to Rule 3.8, Alabama Rules of Criminal Procedure, you are hereby ordered and authorized to forthwith search:

THE FOLLOWING PERSON OR PLACE: 415 Mona Drive Apt #2, Dothan, Houston County, Alabama.

FOR THE FOLLOWING PROPERTY: Marijuana and U.S. Currency.

And make return of this warrant and an inventory of all property seized thereunder before me within 10 days (not to exceed 10 day) as required by law.

(X) The Court finds probable cause to believe that a nighttime search is necessary, and this warrant may be executed at any time of the day or night.

( ) This warrant may be executed during the daytime only.

ISSUED TO: Cpl. Steven Jones         __2200__ (a.m./p.m.)
This 3rd day of May 2005.

_____Rose Gordon_____         (as typed by Cpl. Steven Jones per Judge)
JUDGE

36