IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. 1:05CR286-MHT |
| ) | |
| DECOREY CANTAVIOUS BRADLEY ) | |

## ORDER

On 18 January 2006, the defendant filed a Motion To Suppress Physical Evidence (Doc. # 15). The defendant specifically challenged the sufficiency of the affidavit submitted by the Dothan Police officer in support of the search warrant. Upon consideration of the motion, it is ORDERED as follows:

1. On or before 27 January 2006, the government shall file its response to the motion, together with its brief in opposition to the motion.

2. Counsel and the defendant shall appear for an evidentiary hearing on the motion on 1 February 2006 at 10:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 19th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE