**COURTROOM DEPUTY'S MINUTES**             **DATE:** 1/20/06

**MIDDLE DISTRICT OF ALABAMA**             Digital Recording: 9:37 - 9:38

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 1:05cr286-T             **DEFENDANT(S):** Decorey Cantavious Bradley

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
|  | * |  |
|  | * |  |
| Kent B. Brunson | * | Kevin B. Butler |
|  | * |  |
|  | * |  |

☐ **DISCOVERY STATUS:**

                                    **Complete**

☐ **PENDING MOTION STATUS:**    **M/Suppress**

                                    **Hearing on Motion has been set for 2/1/06 @ 10:00 a.m.**

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**

                                    **If trial, 2 days**

☐ **REMARKS:**

                                    **Released**