IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.　　　　　　　　　　) | CR. NO. 1:05-cr-286-T |
| ) | |
| DECOREY CANTAVIOUS BRADLEY ) | |

RESPONSE TO MOTION TO SUPPRESS

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in response to the Motion to Suppress Physical Evidence, the following is submitted:

1) On May 3, 2005, the Dothan Police Department Vice/Intelligence Division obtained a search warrant from Judge Rose Gordon, to search the residence at 415 Mona Drive, Apt. #2, Dothan, Houston County, Alabama, for certain drugs, namely marijuana, which was illegally kept, used and/or sold.

2) The warrant was obtained on Application and Affidavit for Search Warrant by Cpl. Steven Jones of the Dothan Police Department Vice/Intelligence Division. Jones' affidavit contained information that a reliable confidential informant advised that within the last 72 hours marijuana was seen in the possession of a black male whose name was unknown at the address to be searched. Jones checked the City of Dothan Utility files and learned the utilities for the apartment were in the name of Decorey Bradley according to the affidavit.

3) Jones' affidavit further stated the informant had provided information in the past that had proven to be true and correct.

4)   Bradley argues that the affidavit does not set forth probable cause for the search and there is no "good faith" exception to the officer's reliance on the warrant, so the search was illegal and must be suppressed.

5)   Probable cause to support a search warrant exists when the totality of the circumstances allow a conclusion that there is a fair probability of finding contraband or evidence at a particular location. United States v. Brundidge, 170 F.3d 1350 (11th Cir. 1999).

6)   Armed with the warrant issued by Judge Gordon, the officers entered the residence listed in the warrant and observed Bradley sitting in the front room of the residence smoking what appeared to smell like marijuana. Officer Jones identified himself and told Bradley why the officers were present and then asked if any illegal contraband was in the residence. Bradley told the officers yes and took the officers to the bedroom where the officers recovered a shoe box from the top shelf in the closet. The shoe box contained two prepackaged plastic bags of suspected marijuana, scales, TOP cigarette rolling papers, along with other miscellaneous items. Bradley was then advised of his Miranda rights which he acknowledged and agreed to answer questions without the presence of an attorney. Once the officers were legally inside the residence, they immediately became aware that Bradley was in possession of marijuana and Bradley voluntarily produced the marijuana and drug paraphernalia. The officers then searched Bradley's car which was parked directly in front of his residence. Bradley provided officers with keys to the vehicle. A search of the vehicle led to the discovery of a pistol found therein.

8)   Here, the search warrant was issued upon a showing of probable cause to believe marijuana was located in the residence at 415 Mona Drive, Apt. #2, in Dothan, Alabama, and Bradley's interest in the privacy of his home and possession against the unjustified intrusion of the

police was safeguarded. (See <u>Steagald v. United States</u>, 45 U.S. 204, 101 S.Ct. 1642, 68 L. Ed. 2d 38 (1981)).

    Wherefore, premises considered, the United States respectfully submits that the Motion to Suppress filed herein is due to be denied.

    Respectfully submitted this the 25th day of January, 2006.

                            LEURA GARRETT CANARY  
                            UNITED STATES ATTORNEY

                            /s/ Kent B. Brunson  
                            KENT B. BRUNSON  
                            Assistant United States Attorney  
                            Bar Number: ASB-3094-U62K  
                            One Court Square, Suite 201  
                            Montgomery, Alabama 36104  
                            Telephone: (334) 223-7280  
                            Fax: (334) 223-7135  
                            E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05-cr-286-T |
| | ) | |
| DECOREY CANTAVIOUS BRADLEY | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin L. Butler.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Bar Number: ASB-3094-U62K
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov