MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, SOUTHERN, DIVISION
### Montgomery , Alabama

HON.   Vanzetta Penn McPherson

DATE COMMENCED: 2/1/06                    DIGITAL RECORDING: 10:01 - 10:06

DATE COMPLETED:  2/1/06

USA                                    *        1:05cr286-MHT

vs                                     *

Decorey Cantavious Bradley             *

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|-----------|--------------|-----------|
| Kent Brunson | Kevin Butler | |

---

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Jimmy Dickens, Court Reporter

---

### PROCEEDINGS:

(   ) JURY TRIAL
( x ) OTHER PROCEEDINGS:    Evidentiary Hearing on Motion to Suppress

| Description | 2:05cr286-MHT:  USA vs. Decorey Cantavious Bradley -Evidentiary Hearing on Motion to Suppress | | |
|---|---|---|---|
| Date | 2 / 1 /2006 | Location | |
| **Time** | **Speaker** | **Note** | |
| 10:01:34 AM | Defendant | Request time to confer with USA Counsel regarding Resolution of Case | |
| 10:02:08 AM | Court | Convenes with facts of this case | |
| 10:02:23 AM | Defendant | Both sides will need confirmation from prospective offices on resolution of the case; Defendant ready to move forward on Motion to Suppress | |
| 10:03:09 AM | Govt | Gives reasons for Witness unavailability; Witness may need approximately 2 hours to arrive at Federal Courthouse | |
| 10:04:59 AM | Court | Will Recess for 20 minutes to get confirmation from prospective offices on resolution of case; Court reporter Dismissed and to remain on call | |
| 10:06:57 AM | | Court in Recess | |
| 10:34:09 AM | | Court Reconvenes | |
| 10:34:40 AM | Defendant | Request a Change of Plea Hearing instead of Evidentiary Hearing on Motion to Suppress | |