MIDDLE DISTRICT OF ALABAMA      COURT REPORTER:   Jimmy Dickens

❏**ARRAIGNMENT**      x**CHANGE OF PLEA**      ❏**CONSENT PLEA**

❏**RULE 44(c) HEARING**      ❏**SENTENCING**

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*    **DEPUTY CLERK:**   *WANDA ROBINSON*

**CASE NUMBER:** *1:05cr286-MHT*      **DEFENDANT NAME:** *Decorey Cantavious Bradley*

**AUSA:** *Kent Brunson*      **DEFENDANT ATTY:** *Kevin Butler*

     **Type Counsel:**    ( ) Waived; ( ) Retained; ( ) Panel CJA; (X) CDO

**USPO:** _____

**De fendant** _____ **does** _____x_____ **does NOT need and interpreter.**

**Interpreter present?** __x_____ **NO** _____ **YES**    **Name:** _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❏ Not Guilty             ❏Nol Contendere

          ❏Not Guilty by reason of insanity

          √Guilty as to:

             √Count(s)_____2_____ of the Felony Indictment.

             √Count(s) _____1, 3_____ √ dismissed on oral motion of USA;

                      ❏ to be dismissed at sentencing

√—    **ORAL ORDER ADJUDICATING GUILT as to COUNT 2**

— Written plea agreement filed. √❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea

                      **To be followed by a Written Agreement**       Agreement entered

— _____ Days to file pretrial motions.    ❏ _____ Trial date or term.

√—    **ORDER:** Defendant Continued under √ same bond ; ❏ Released on Bond & Conditions of Release

          ❏ summons; for:

   ❏ Trial on _____; ❏ Sentencing on _____    ❏_____Bond ❏ to be set by Separate Order

—    **ORDER:** Defendant remanded to custody of U.S. Marshal for:

          ❏ Posting a $_____ Bond;

          ❏ Trial on _____; or ❏ Sentencing on_____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.