IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05cr286-MHT |
| | ) | |
| DECOREY CANTAVIOUS BRADLEY | ) | |

## **ORDER**

On 1 February 2006, the parties appeared before the undersigned Magistrate Judge in this case to enter a change of plea. The defendant entered a plea of guilty. An oral plea agreement was rendered to the Court. Therefore, it is

ORDERED that the parties shall file a written plea agreement on or before 8 February 2006.

DONE this 2nd day of February 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE