AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ ALABAMA

UNITED STATES OF AMERICA

**NOTICE**

V.

DECOREY CANTAVIOUS BRADLEY

CASE NUMBER:   1:05cr286-MHT

TYPE OF CASE:

☐ CIVIL          X  CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

SENTENCING HEARING before Judge Myron Thompson in Courtroom 2FMJ

X  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| The Frank M. Johnson, Jr. United States Courthouse Complex One Church Street Montgomery, AL 36104 | May 18, 2006, at 10:00 a.m. | May 18, 2006, at 2:00 p.m. |

DEBRA P. HACKETT, Clerk, USDC
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

May 15, 2006
DATE

(BY) DEPUTY CLERK