# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE          AT MONTGOMERY ALABAMA

DATE COMMENCED  May 18, 2006            AT  2:20   A.M./P.M.

DATE COMPLETED  May 18, 2006            AT  2:38   A.M./P.M.

UNITED STATES OF AMERICA                Criminal Action
                                        1:05-cr-286-MHT

   VS.

DECOREY CANTAVIOUS BRADLEY

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Kent Brunson | X | Atty Kevin Butler |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Nicole Birch, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   SENTENCING HEARING

2:20 p.m.          Sentencing hearing commenced. Terms of agreement were stated on the record. Court accepts terms of agreement plea agreement. Government's Oral Motion to Dismiss counts 1 and 3; ORAL ORDER granting motion to dismiss counts 1 & 3. Sentence imposed.

2:38 p.m           Hearing concluded.