AO 245B    (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: DECOREY CANTAVIOUS BRADLEY | Judgment — Page 2 of 6 |
| CASE NUMBER: 2:05-cr-00286-MHT | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

8 MONTHS.

☐ The court makes the following recommendations to the Bureau of Prisons:

RETURNED AND FILED

☐ The defendant is remanded to the custody of the United States Marshal.

SEP 20 2006

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

CLERK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on July 24, 2006 .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 8-30-2006 to FCC Coleman- Low

at Coleman, FL , with a certified copy of this judgment.

Charles L. Lockett Deputy Warden
UNITED STATES MARSHAL

By M. Ridge-6, LTE
DEPUTY UNITED STATES MARSHAL

V/s to U.S. Marshals on 7-24-2006