PROB 12A
(7/93)

# United States District Court
## for
## Middle District of Alabama
## Report on Offender Under Supervision

Name of Offender: DECOREY CANTAVIOUS BRADLEY    Case Number: 1:05CR00286-MHT

Name of Sentencing Judicial Officer:   Honorable Myron H. Thompson,  U.S. District Judge

Date of Original Sentence: May 18, 2006

Original Offense: Possession of Marijuana; 21 USC 844(a), a Class A Misdemeanor

Original Sentence: 8 months custody of the Federal Bureau of Prisons followed by a one (1) year term of supervised release

Type of Supervision: Supervised Release         Date Supervision Commenced: March 19, 2007

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>      <u>Nature of Noncompliance</u>

1.  **Violation of condition of supervised release which states, "The defendant shall refrain from any unlawful use of a controlled substance."**

On July 12, 2007, a urine specimen was obtained from Bradley, taken by U.S. Probation Officer Louis D. Johns, Jr.  The specimen revealed a presumptive positive for marijuana, and Bradley admitted using marijuana.  Additionally, Bradley signed an Admission of Drug Use Form.

2.  **Violation of the condition of supervised release which ordered the defendant to pay a fine of $1,000, at the rate of $100 monthly.**

The defendant was ordered to pay his fine to the U.S. District Clerk immediately after sentencing. Bradley has failed to submit any payments, and owes the entire balance of $1,000.

**Probation Officer Action:**

It is recommended that no punitive action be taken at this time. Bradley has stable residence with his girlfriend and child.  This drug test was the first positive test he submitted.  Bradley is employed and earns approximately $800 monthly.  Bradley has agreed to begin submitting fine payments as ordered in the near future as his financial situation is becoming more stable.  If the Court concurs with this recommendation,  the probation officer will increase the frequency of drug testing. He will continue to be monitored and any future positive drug tests, or other violations, will be reported to the Court.

PROB 12A
(7/93)

2

                               Respectfully submitted,

                               /s/ Louis D. Johns, Jr.
                               Louis D. Johns, Jr.
                               U.S. Probation Officer

Reviewed and approved:   /s/ Robert A. Pitcher
                         Robert A. Pitcher, Senior U.S. Probation Officer/OIC

---

*The Court directs that additional action be taken as follows:*

[X]    Concur with Recommendation
[ ]    Submit a Request for Modifying the Conditions or Term of Supervision
[ ]    Submit a Request for Warrant or Summons
[ ]    Other

                               /s/ Myron H. Thompson
                               Myron H. Thompson
                               U.S. District Judge

                               July 23, 2007
                               Date